UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 20-25053-CIV-MARTINEZ-LOUIS

ALEX KNIGHT,

    Plaintiff,

v.

KUNG-SANG LEE and DARLENE JENKINS,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants Sergeant Kung-Sang Lee and Detective Darlene Jenkins's Motion for Sanctions ("Motion"), pursuant to Federal Rules of Civil Procedure 30 and 37, (ECF No. 54). Defendants sought sanctions for *pro se* Plaintiff Alex Knight's failure to sit for his deposition. Judge Louis recommends that (1) Defendants' Motion be granted, (2) the Court strike Plaintiff's Amended Complaint, and (3) the Court dismiss this action with prejudice pursuant to Rule 37(d)(3). (*See* ECF No. 65).

This Court has conducted a *de novo* review of the R&R and has reviewed Plaintiff's timely Objections, (ECF No. 66), and the record in this case. In his Objections, Plaintiff reiterates what he told Defendants' counsel during his deposition: that he could not sit for his deposition because he suffers from "bipolar disorder with psychotic feature[s]," that "he needed legal representation to help him understand what was going on," and that he "psychologically feared that the City attorney Mr. Bryan Capdevila was trying to manipulate him in some way." (*Id.* at 7). Judge Louis expressly rejected each of these justifications in her R&R and concluded, based on the transcript

of Plaintiff's deposition and the totality of the record in this case, that Plaintiff's refusal to sit for his deposition was willful and that he "has exhibited a pattern of ignoring, refusing, and/or failing to comply [with] discovery obligations, procedural rules, and Court orders despite being warned that he could be sanctioned for noncompliance." (ECF No. 65 at 10). In particular, Plaintiff's Objections do not address why he failed to respond to Defendants' sanctions motion despite this Court issuing an Order to Show Cause warning him that his failure to do so would result in this Court accepting as true the factual representations in that Motion. (*See* ECF No. 56). Therefore, this Court agrees with Judge Louis' recommendations in her thorough and well-reasoned R&R.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Objections, (ECF No. 66), are **OVERRULED**.
2. Judge Louis' R&R, (ECF No. 65), is **AFFIRMED** and **ADOPTED**.
3. Defendants' Motion for Sanctions, (ECF No. 54), is **GRANTED**.
4. Plaintiff's Amended Complaint, (ECF No. 16), is **STRICKEN**.
5. This Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of August, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Alex Knight, *pro se*
All Counsel of Record